IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALFREDO MESTRE,
        Plaintiff,

        v.

MRS. K.P. REISINGER, et al,
        Defendants.

C.A. No. 13-302 Erie

**MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on October 7, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on December 8, 2016, recommended that Defendant Runkel's Motion for Summary Judgment [89] be GRANTED. Service was made on Plaintiff by mail at 904 Washington Street, Fourth Floor Front, Reading, PA 19601, the last address of record, and on Defendants by ECF. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 10TH Day of January, 2017;

IT IS HEREBY ORDERED that Defendant Runkel's Motion for Summary Judgment [89] is GRANTED. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued December 8, 2016, is adopted as the opinion of the court.

January 10, 2017

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record